FILED
CLERK, U.S. DISTRICT COURT
JAN 26 2012
CENTRAL DISTRICT OF CALIFORNIA
BY [illegible] DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
vs.
SHARIF KAYHANI
Defendant.

Case No.: CR 08-194-GW

ORDER OF DETENTION AFTER HEARING
[Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. 3143(a)]

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist. CA for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ~~[illegible]~~ new criminal conduct while on SR alleged; failed to report in state case

and/or

B. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 1/26/12

UNITES STATES MAGISTRATE JUDGE